UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-cr-00071-HDM-PAL |
| | ) | |
|         Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| VERNON K. NEWSON, | ) | |
| | ) | |
|         Defendant. | ) | |
| _____ | ) | |

The government has filed a motion to amend the indictment to correct typographical errors (#45). Defendant has not opposed the motion, and the time for doing so has expired.

The indictment in this case charges defendant with twenty-two counts of preparation of false tax returns.[1] In three of those counts – Thirteen, Twenty, and Twenty-One – the year of the alleged false return is listed as 2004 when the return was actually filed in 2005. The government therefore seeks to amend the year in those counts from 2004 to 2005. The case number listed in the indictment's caption is also one year off, reading 2:09-cr-071

---

[1] The indictment also charges one count of obstruction of the enforcement of the tax laws, and two counts of presenting a false claim to the United States.

1

instead of 2:10-cr-00071.  The government therefore seeks to amend the indictment to contain the correct case number.

Amendment of an indictment to correct typographical errors is appropriate as long as the error did not mislead or prejudice the defendant.  *United States v. Neill*, 166 F.3d 943, 947 (9th Cir. 1999); *United States v. Lim*, 984 F.2d 331, 337 (9th Cir. 1993). Amendment is allowed even when it relates to an element of the offense charged.  *Neill*, 166 F.3d at 947.

Although the years in Counts Thirteen, Twenty and Twenty-One were incorrect, the actual tax returns for those counts were provided to the defendant during discovery.  Also, the parties have used the correct case number throughout this case.  Defendant has not asserted that he was prejudiced or misled by these errors in the indictment.  Accordingly, amendment to reflect the correct filing years in Counts Thirteen, Twenty, and Twenty-One, and to correct the case number is appropriate.  The government's motion to amend the indictment to correct typographical errors (#45) is therefore granted.

IT IS SO ORDERED.

DATED: This 6th day of July, 2011.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE