# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-cr-00071-HDM-PAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| VERNON K. NEWSON, | ) | |
| | ) | |
| Defendant. | ) | |

The court's order on this date (#48) granting the government's motion to amend the indictment (#45) was entered in error and is hereby vacated. Pursuant to the court's order at the June 17, 2011, hearing, the defendant has up to and including July 15, 2011, in which to file a response to the government's motion.

IT IS SO ORDERED.

DATED: This 6th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE